UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:99-cr-166 |
| ) | |
| v. ) | Honorable David W. McKeague[1] |
| ) | |
| RONALD LEE COLEMAN, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| _____) | |

Defendant Ronald Lee Coleman is serving a 12-month sentence imposed by this court on April 18, 2005, after defendant entered a plea of guilty to two allegations of violation of his supervised release. This court's judgment (docket # 60) reflects defendant's plea of guilty to violation no. 2 (use of alcoholic beverages) and violation no. 3 (failure to abide by home confinement conditions). Defendant has now filed two motions with the court, asking for reduction or commutation of his sentence. The time in which the court can amend a sentence is long expired. *See* FED. R. CRIM. P. 35(a). Furthermore, even if it were in this court's power to do so, it would not grant defendant the relief he requests. Defendant asserts that revocation of his supervised release was based upon an allegation of domestic violence, which was ultimately dismissed in the state courts. The record shows, that this allegation was voluntarily dismissed by the government and

---

[1] Honorable David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.

played no part in the revocation decision.  Furthermore, defendant's requests for leniency do not form any basis for this court to set aside a legally imposed judgment at this late date.  Accordingly:

IT IS ORDERED that defendant's *pro se* motions to reduce his sentence (docket # 62) and for reconsideration (docket # 63) be and hereby are DENIED.

Dated:  September 16, 2005          /s/ David W. McKeague
                                    David W. McKeague
                                    United States Circuit Judge